# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tamika Williams

                          Plaintiff,

v.                                                   Case No.: 1:24–cv–03631
                                                          Honorable Jeremy C. Daniel

Illinois Department of Human Services

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to handle settlement matters. The parties are to file an agreed proposed discovery schedule by 7/11/24. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.